# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )   CR 09-J-303-NE |
| JERRY LEWIS STEWART, | ) |
| Defendant. | ) |

## ORDER

On August 23, 2010, the magistrate judge filed his report and recommendation in the above-styled cause. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.

**DONE** and **ORDERED** this 20th day of September 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE